1  Nina Wilder (SBN 100474)
      Law Offices Of
2  WEINBERG & WILDER
   523 Octavia Street
3  San Francisco, CA 94102
   Telephone (415) 431-3472
4  Facsimile   (415) 552-2703

5  Attorneys for Defendant
   GENARO VALENTINE LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-0375 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **STIPULATION TO SET FOR** |
| | ) | **CHANGE OF PLEA; ORDER** |
| vs. | ) | |
| | ) | |
| GENARO VALENTINE LOPEZ, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS AGREED by the parties, through their undersigned attorneys, that the above-captioned case shall be continued for a change of plea to September 8, 2006, at 11:00 a.m.

IT IS FURTHER AGREED that time shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(I), for delay attributable to the Court's consideration of the proposed plea agreement, and § 3161(h)(8)(A), in that the ends of justice served by the delay outweigh the interests of the public and the defendant in a speedy trial.

///

///

*STIPULATION TO SET FOR CHANGE OF PLEA*
*(GENARO LOPEZ) (CR 05-0375 SI)*

1

|   |   |   |
|---|---|---|
| 1 |   | UNITED STATES ATTORNEY |
| 2 |   |   |
| 3 | Dated: August 24, 2006 | By: /s/ ANDREW M. SCOBLE |
| 4 |   | ANDREW M. SCOBLE<br>Attorney for Plaintiff United States of America |
| 5 |   |   |
| 6 | Dated: August 24, 2006 |   |
| 7 |   | / s / NINA WILDER |
| 8 |   | NINA WILDER<br>Attorneys for Defendant<br>GENARO VALENTINE LOPEZ |
| 9 |   |   |
| 10 | **IT IS SO ORDERED:** |   |
| 11 |   |   |
| 12 | Dated:_____ | _____ |
| 13 |   | HONORABLE SUSAN ILLSTON<br>United States District Judge |

*STIPULATION TO SET FOR CHANGE OF PLEA*
*(GENARO LOPEZ) (CR 05-0375 SI)*

2