Nina Wilder (SBN 100474)
Law Offices Of
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile  (415) 552-2703

Attorneys for Defendant
GENARO VALENTINE LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 05-0375 SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO SET FOR** |
| | ) | **CHANGE OF PLEA; ORDER** |
| vs. | ) | |
| GENARO VALENTINE LOPEZ, | ) | |
| Defendants. | ) | |

IT IS AGREED by the parties, through their undersigned attorneys, that the above-captioned case shall be continued for a change of plea to September 8, 2006, at 11:00 a.m.

IT IS FURTHER AGREED that time shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(I), for delay attributable to the Court's consideration of the proposed plea agreement, and § 3161(h)(8)(A), in that the ends of justice served by the delay outweigh the interests of the public and the defendant in a speedy trial.

///

///

*STIPULATION TO SET FOR CHANGE OF PLEA*
*(GENARO LOPEZ) (CR 05-0375 SI)*

1

| | |
|---|---|
| 1 | UNITED STATES ATTORNEY |
| 2 | |
| 3  Dated: August 24, 2006 | By:  /s/ ANDREW M. SCOBLE |
| 4 | ANDREW M. SCOBLE<br>Attorney for Plaintiff United States of America |
| 5 | |
| 6  Dated: August 24, 2006 | |
| 7 |   / s / NINA WILDER |
| 8 | NINA WILDER<br>Attorneys for Defendant<br>GENARO VALENTINE LOPEZ |

**IT IS SO ORDERED:**

Dated:_____    _____
HONORABLE SUSAN ILLSTON
United States District Judge

*STIPULATION TO SET FOR CHANGE OF PLEA*
*(GENARO LOPEZ) (CR 05-0375 SI)*

2